UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMATEUR TRAPSHOOTING ASSOCIATION,

     Plaintiff,

     v.                                                                        Case No. 06-cv-734-JPG

RICH DILLON,

     Defendant.

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation to Dismiss (Doc. 18) pursuant to

Federal Rule of Civil Procedure 41(a)(1)(ii) signed by all parties who have appeared in this case.

Rule 41(a)(1)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation.

Therefore, the Court finds that this action is **DISMISSED with prejudice** and **DIRECTS** the

Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  February 16, 2007**

                          s/ J. Phil Gilbert
                          **J. PHIL GILBERT**
                          **DISTRICT JUDGE**