UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMATEUR TRAPSHOOTING ASSOCIATION,

    Plaintiff,

  v.

RICH DILLON,

    Defendant.

Case No. 06-cv-734-JPG

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**NORBERT JAWORSKI**

**Dated:  February 16, 2007**      By:s/Deborah Agans, Deputy Clerk

**Approved:**     s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**